IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA LASHER, RUSSELL WILLIAMS, ANDREW HEROLD, CYNTHIA MULLINS, GUTHRIE STEEN, and MICHAEL HORNBACHER,<br><br>             Plaintiffs,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>             Defendant. | 8:14CV30<br><br>ORDER |

This matter is before the court on the parties' motion to extend the time for the defendant to answer the plaintiffs' Amended Complaint and Jury Demand (Filing No. 8), in which the parties have agreed that the defendant receive an extension of time until and including March 20, 2014, to answer or otherwise respond to the plaintiffs' Amended Complaint and Jury Demand.  Upon consideration,

**IT IS ORDERED**:

The parties' motion (Filing No. 8) is granted.  The defendant has until **March 20, 2014**, to answer or otherwise respond to the plaintiffs' Amended Complaint and Jury Demand.

Dated this 20th day of February, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge