# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA LASHER, RUSSELL WILLIAMS, ANDREW HEROLD, CYNTHIA MULLINS, GUTHRIE STEEN, and MICHAEL HORNBACHER, | ) ) ) ) ) ) | 8:14CV30<br><br>PROTECTIVE ORDER |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| WELLS FARGO BANK, N.A., | ) ) | |
| Defendant. | ) | |

This matter comes before the Court on the Unresisted Motion for Protective Order (Filing No. 19). After having considered the matter, the Court finds the motion should be granted as follows.

**IT IS NOW, THEREFORE, ORDERED AS FOLLOWS:**

1. The Protective Order shall apply to all documents produced by the Parties, which are designated by any Party as confidential. The following categories of documents may be marked as confidential by either party under this Protective Order: (a) Defendant's current or former employee personnel documents; (b) Defendant's investigation documents; (c) Customer personal identification information; (d) Customer personal financial information; (e) Defendant's operational policies and procedures; and (f) Plaintiffs' personal documents.

2. The Parties may, upon good cause shown, except to the designation of a document as confidential, but must do so by a motion or appropriate request to this Court.

3. All such documents and materials designated as confidential produced by the Parties shall be used only in the course of the above-captioned proceedings.

4. The documents and materials designated as confidential produced by Defendant to counsel for Plaintiffs shall not be published, orally, by copy, or by any other means, to any person other than Plaintiffs, Plaintiffs' counsel, or Plaintiffs' designated expert witnesses.

5. The documents and materials designated as confidential produced by Plaintiffs to counsel for Defendant shall not be published, orally, by copy, or by any other means, to any person other than Defendant, Defendant's counsel, or Defendant's designated expert witnesses.

6. Upon conclusion of this action and upon receipt of a written request by the Parties' counsel, unless otherwise agreed in writing for a shorter period of time, counsel for Plaintiffs and Defendant shall return to counsel for Plaintiffs and Defendant the original and all copies of the documents and materials designated as confidential at the expense of Plaintiffs or Defendant, unless this Court has ruled that such documents are not confidential.

7. By approval of this Protective Order, the Parties and their attorneys agree to be bound by the conditions of this Protective Order.

8. Execution of the Protective Order does not constitute a waiver of any objections which may be raised by the Parties to the production of any documents or information even if such documents or information are encompassed within this Protective Order.

Dated this 6th day of May, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge